# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 AUG 16 AM 9:48
CLERK____
SO. DIST. OF GA.

RONALD BRAZELL

_____
Plaintiff

v.

VIVINT, INC. d/b/a VIVINT SMART HOME and FBCS, INC.

_____
Defendant

Case No. 3:18-cv-00047-DHB-BKE

Appearing on behalf of

Vivint, Inc. (Defendant)

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 16th day of August, 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Lisa A. Messner |
| Business Address: | Mac Murray & Shuster LLP |
| | Firm/Business Name |
| | 6530 West Campus Oval, Suite 210 |
| | Street Address |
| | New Albany, Ohio, 43054 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 614-939-9955 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | lmessner@mslawgroup.com |