# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 AUG 16 AM 9: 48
CLERK _____
SO. DIST. OF GA.

Ronald Brazell

_____
Plaintiff

Case No. 3:18-cv-00047-DHB-BKE

v. Vivint, Inc. dba Vivint Smart Home and FBCS, Inc.
_____
Defendant

Appearing on behalf of

Defendant Vivint
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 16th day of August, 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Helen M. Mac Murray

Business Address: MAC MURRAY & SHUSTER LLP
Firm/Business Name

6530 W. Campus Oval
Street Address

| Suite 210 | New Albany | OH | 43054 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 614 939 9955 | | 695713 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: hmacmurray@mslawgroup.com